UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
PROBATION OFFICE

LAVETRA A. CASTLES
**Chief U.S. Probation Officer**

**Byron G. Rogers U.S. Courthouse**
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

November 22, 2016

ELIZABETH MILLER
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:   Denver

RE:   Defendant: Yolanda Chavez
   Docket No.: 1:16CR00040-1
   PROBATION RESPONSE TO DEFENDANT'S MOTION TO TERMINATE EARLY FROM SUPERVISED RELEASE [Document 2]

In response to the defendant's motion for early termination of supervision, the Probation Office would advise the Court that she has been on supervision for 12 months of her 60 month term of supervised release which makes her statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1).  However, in accordance with the criterion that has been approved by the Judicial Conference Committee on Criminal Law, the defendant is not suitable for early termination of supervision.

In reviewing the criteria, the defendant:

- Poses identifiable risk to public safety based on a Risk Prediction Index (RPI) score of 3;
- Has not fulfilled the special conditions imposed by the sentencing Court

Individuals with an RPI score above 1 have been identified as risks to public safety and should not be considered for early termination.  An RPI score of 3 is indicative of a 38% recidivism rate.  This recidivism rate is approximately 4 times as great as a defendant with an RPI score of 1 (8.4%).

The sentencing Judge (Southern District of Mississippi) imposed the special condition that the defendant must successfully complete substance abuse testing and treatment.  The defendant is presently in substance abuse treatment, attending two treatment sessions a month.  Until November of this year, the defendant was attending weekly substance abuse treatment sessions.  The defendant has an extensive substance abuse history beginning at age 19.  She has refrained from any drug use since beginning her term of supervised release.

The defendant currently lives with her soon to be husband along with her child and his child.  Both the defendant and her fiancé work for Home Depot.  The defendant has had very little, if any, noncompliance issues since being on supervision, she is also pleasant to work with and communicates well.

At this time, I do not think it would be appropriate for the defendant to terminate early from supervised release, she is still actively participating in substance abuse treatment, thus has not satisfied her special condition imposed and she has only completed 1/5th of time the Court ordered of her supervised release.

Should the Court have any questions regarding the above, please contact this officer at: 303-335-2447.

Respectfully Submitted,

*s/Troy Ruplinger*
Troy Ruplinger
United States Probation Officer

Approved:

*s/Gary W. Phillips*
Gary W. Phillips
Supervising United States Probation Officer