IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-000040-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

YOLANDA CHAVEZ,

     Defendant.

---

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM

---

The United States of America, by and through Robert C. Troyer, Acting United States Attorney for the District of Colorado, and Peter A. McNeilly, Assistant United States Attorney, respectfully responds to the defendant's Motion to Terminate Defendant's Supervised Release Term [ECF Document 2].

In a well-written motion, which seems to address all relevant criteria and considerations, the defendant requests this Court terminate her five-year term of supervised release after her successful completion of one year. The government concedes the defendant is eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1), however, joins the U.S. Probation Office in arguing the defendant is not presently suitable for early termination of supervision.

As the defendant points out, United States Sentencing Guidelines (USSG) §5D1.2 Application Note 5 discusses the Court's authority to terminate a term of supervised release and presents a scenario when such early termination may be

appropriate. That example is when a drug abuser successfully completes a treatment program while on supervised release. The defendant submits this situation is analogous to hers, but the U.S. Probation Office has informed the Court the defendant is still undergoing substance abuse treatment—which is a court-ordered term of her supervised release. Given her extensive substance abuse history, it seems imperative that she actually complete treatment in order for her term of supervised release to be deemed successful in satisfying the objectives of 18 U.S.C. § 3553(a).

Another important point of disagreement between the defendant and the U.S. Probation Office is her risk of recidivism. While the government respects the defendant's thoughtful self-assessment and her citation to a study which finds early terminated offenders in general are less likely to reoffend than those who serve their entire sentence of supervised release, the government has greater confidence in the U.S. Probation Office's application of the Risk Prediction Index (RPI) to the defendant's specific circumstances. While the defendant asserts her "risk of recidivism is statistically as low as any federal offender," ECF Document 2 at 6, the RPI finds that her circumstances indicate a 38-percent recidivism rate, which is four times greater than some offenders in the federal system.

In light of the defendant's ongoing substance abuse counseling and treatment—which is a required term of her supervised release—and her relative likelihood of recidivism, the government does not believe the defendant is yet a suitable candidate for early termination of supervised release. Her request for early termination may be appropriate sometime before the end of the statutorily imposed five-year term, but the request is premature at this point.

The government does not demand a hearing pursuant to Federal Rule of
Criminal Procedure 32.1(c)(1).


Dated this 1st day of December, 2016.


Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By:   s/ *Peter A. McNeilly*
PETER A. MCNEILLY
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: peter.mcneilly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all email addresses of record. A hard copy will be mailed to the defendant at:

> Yolanda Chavez
> P.O. Box 150277
> Denver, CO 80215

<div style="margin-left:50%">

By: _s/Peter A. McNeilly_
PETER A. MCNEILLY
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: peter.mcneilly@usdoj.gov

</div>